**ANDERSON & KARRENBERG, PC**
Jared D. Scott (#15066)
Jacob W. Nelson (#16527)
50 West Broadway, Suite 600
Salt Lake City, UT 84101-2035
Telephone: (801) 534-1700
jscott@aklawfirm.com
jnelson@aklawfirm.com
*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| NATHAN BRUNSWICK, individually and on behalf of all similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>UNISYS CORPORATION,<br><br>Defendant. | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Case No. 2:23-cv-00289-JNP<br><br>Judge Jill N. Parrish |

Pursuant Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Nathan Brunswick ("Plaintiff") and Defendant Unisys Corporation ("Defendant"), through their undersigned counsel, hereby request that this mater be **DISMISSED WITH PREJUDICE** as to the merits of Plaintiffs' claims and without further costs, attorneys' fees, or disbursements to any of the Parties herein, except as provided in the Parties' Settlement Agreement.

/

/

/

/

Dated: December 18, 2024

By: s/ *Zackary S. Kaylor*

Jacob R. Rusch (MN Bar No. 0391892)
Zackary S. Kaylor (MN Bar No. 0400854)
**JOHNSON BECKER, PLLC**
444 Cedar Street, Suite 1800
Saint Paul, MN 55101
T: 612-436-1800
F: 612-436-1801
E: jrusch@johnsonbecker.com
E: zkaylor@johnsonbecker.com

*Lead Attorneys for Plaintiff*

Jared D. Scott (#15066)
Jacob W. Nelson (#16527)
**ANDERSON & KARRENBERG, PC**
50 West Broadway, Suite 600
Salt Lake City, UT 84101-2035
Telephone: (801) 534-1700
jscott@aklawfirm.com
jnelson@aklawfirm.com

*Local Counsel for Plaintiff*

Respectfully Submitted,

By: s/ *Andrew S. Rosenman* (with permission)

Andrew S. Rosenman
**MAYER BROWN LLP**
71 South Wacker Drive
Chicago, IL  60606
Phone:  312-782-0600
arosenman@mayerbrown.com

Ruth Zadikany
**MAYER BROWN LLP**
350 South Grand Avenue, 25th Floor
Los Angeles, CA  90071-1503
Phone: 213-621-3916
rzadikany@mayerbrown.com

Lauren A. Shurman (#11243)
**MAYER BROWN LLP**
201 S. Main Street, Suite 1100
Salt Lake City, UT 84111
Phone: 801-907-2700
lshurman@mayerbrown.com

*Attorneys for Defendant*