IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| NATHAN BRUNSWICK,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNISYS CORPORATION,<br><br>　　　　Defendant. | **ORDER GRANTING STIPULATED MOTION TO DISMISS**<br><br>Case No. 2:23-cv-00289-JNP-JCB<br><br>District Judge Jill N. Parrish |

The court GRANTS the parties' stipulated motion to dismiss this action with prejudice, each party to bear its own costs (except as provided in the parties' settlement agreement).

Signed December 18, 2024.

BY THE COURT

_____
Jill N. Parrish
United States District Court Judge